COMMONWEALTH of Pennsylvania, Respondent

v.

Lester Jamal JOHNSON, Petitioner

No. 336 WAL 2016

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW,** this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Gregory S. KONTAXES, Petitioner

No. 338 WAL 2016

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW,** this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Jerome BURNAM, Petitioner

No. 342 WAL 2016

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW,** this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**